IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SAUL LEON d/b/a PANADERIA NUEVO LEON, LLC § § § Plaintiff, § § Civil Action No. 7:15-CV-00231 v. § JURY DEMANDED § MID-CENTURY INSURANCE COMPANY § AND JORGE SALINAS § Defendants. § | |

## NOTICE OF SETTLEMENT

Plaintiff, Saul Leon d/b/a Panaderia Nuevo Leon, LLC, and Defendants, Mid-Century Insurance Company and Jorge Salinas have mediated this case and have reached a settlement in this matter. Plaintiff and Defendants intend to file dismissal documents within 60 days. Accordingly, the parties ask that the pending status conference set for October 7, 2015 at 2: 30 p.m. be removed from the Court's docket.

Respectfully submitted,

By_____
Douglas E. Pennebaker
SBT 00788178
doug@pennebakerlaw.com
Valerie Mazzola
SBT 24069063
valerie@pennebakerlaw.com
Pennebaker Law Firm
200 Concord Plaza, Suite 750
San Antonio, TX 78216
Telephone: (210) 562-2888
Telecopier: (210) 562-2880

Willie McAllen

SBT 24047468
mcallenlaw@gmail.com
Law Offices of McAllen-Gonzalez
2102 W. University
Edinburg,Texas 78539
Telephone: (956) 383-2143
Telecopier: (956) 383-2147

ATTORNEY FOR SAUL LEON D/B/A PANADERIA NUEVO LEON, LLC, Plaintiff

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

*Christopher W. Martin*
Christopher W. Martin
State Bar No. 13057620
Federal I.D. No. 13515
808 Travis Street, 20th Floor
Houston, Texas  77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101
E-Mail: martin@mdjwlaw.com

**ATTORNEY-IN-CHARGE   FOR   DEFENDANT, MID-CENTURY INSURANCE COMPANY**

**Of Counsel:**
Marilyn S. Cayce
Texas State Bar No. 17705500
Federal Bar No. 9986
E-Mail:  cayce@mdjwlaw.com
Kennetha W. Lucas
Texas State Bar No. 24009824
Federal I.D. No. 32330
Email: lucas@mdjwlaw.com
Leticia "Letty" P. Aguilar
Texas Bar No. 24085164
Federal I.D. No. 1998300
E-Mail: aguilar@mdjwlaw.com
**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**
808 Travis Street, 20th Floor
Houston, Texas  77002
Telephone:     (713) 632-1700
Facsimile:     (713) 222-0101

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of *Notice of Settlement* has been forwarded to the following counsel of record in compliance with Rule 5 of the Federal Rules of Civil Procedure on October 6, 2015:

| | |
|---|---|
| Douglas E. Pennebaker<br>Valerie Mazzola<br>Pennebaker Law Firm<br>The Concord Plaza<br>200 Concord Plaza Dr. Suite 750<br>San Antonio, Texas 78216 | *Via ECF FILING* |
| Willie McAllen<br>Jose G. Gonzalez<br>Law Offices of McAllen-Gonzalez<br>2102 W. University Dr.<br>Edinburg, Texas 78539 | *Via ECF FILING* |

*Counsel for Plaintiff Saul Leal and Panaderia Nuevo Leon, LLC*

/s/ Kennetha W. Lucas
Kennetha W. Lucas