IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SAUL LEON d/b/a PANADERIA NUEVO LEON, LLC §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>MID-CENTURY INSURANCE COMPANY §<br>AND JORGE SALINAS §<br>    Defendants. § | Civil Action No. 7:15-CV-00231<br>JURY DEMANDED |

## JOINT AGREED STIPULATION OF DISMISSAL

COME NOW Plaintiff, Saul Leon d/b/a Panaderia Nuevo Leon, LLC, and Defendants, Mid-Century Insurance Company and Jorge Salinas, who now jointly move this Court for the entry of an order dismissing all of the parties' claims and counterclaims in the above captioned lawsuit, with each party to bear its own costs.

Respectfully submitted,

By */s/ Douglas E. Pennebaker* - w/p LPA
Douglas E. Pennebaker
SBT 00788178
doug@pennebakerlaw.com
Valerie Mazzola
SBT 24069063
valerie@pennebakerlaw.com
Pennebaker Law Firm
200 Concord Plaza, Suite 750
San Antonio, TX 78216
Telephone: (210) 562-2888
Telecopier: (210) 562-2880

Willie McAllen
SBT 24047468
mcallenlaw@gmail.com
Law Offices of McAllen-Gonzalez
2102 W. University

        Edinburg,Texas 78539
        Telephone: (956) 383-2143
        Telecopier: (956) 383-2147

        ATTORNEY FOR SAUL LEON D/B/A PANADERIA NUEVO LEON, LLC, Plaintiff

        MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

        *Christopher W. Martin*
        Christopher W. Martin
        State Bar No. 13057620
        Federal I.D. No. 13515
        808 Travis Street, 20th Floor
        Houston, Texas  77002
        Telephone:  (713) 632-1700
        Facsimile:  (713) 222-0101
        E-Mail: martin@mdjwlaw.com

        **ATTORNEY-IN-CHARGE FOR DEFENDANT, MID-CENTURY INSURANCE COMPANY**

**Of Counsel:**
Marilyn S. Cayce
Texas State Bar No. 17705500
Federal Bar No. 9986
E-Mail:  cayce@mdjwlaw.com
Kennetha W. Lucas
Texas State Bar No. 24009824
Federal I.D. No. 32330
Email: lucas@mdjwlaw.com
Leticia "Letty" P. Aguilar
Texas Bar No. 24085164
Federal I.D. No. 1998300
E-Mail: aguilar@mdjwlaw.com
**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**
808 Travis Street, 20th Floor
Houston, Texas  77002
Telephone:     (713) 632-1700
Facsimile:     (713) 222-0101

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of **Joint Agreed Stipulation of Dismissal** has been forwarded via ECF filing, on this the 3rd day of December 2015 to:

Douglas E. Pennebaker  *Via ECF FILING*
Valerie Mazzola
Pennebaker Law Firm
The Concord Plaza
200 Concord Plaza Dr. Suite 750
San Antonio, Texas 78216

Willie McAllen  *Via ECF FILING*
Jose G. Gonzalez
Law Offices of McAllen-Gonzalez
2102 W. University Dr.
Edinburg, Texas 78539

*Counsel for Plaintiff Saul Leal and Panaderia Nuevo Leon, LLC*

/s/ Kennetha W. Lucas
Kennetha W. Lucas