United States District Court
Southern District of Texas
**ENTERED**
December 15, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SAUL LEON d/b/a PANADERIA NUEVO LEON, LLC § § §<br>Plaintiff, §<br>§<br>v. §<br>§<br>MID-CENTURY INSURANCE COMPANY §<br>AND JORGE SALINAS §<br>Defendants. § | Civil Action No. 7:15-CV-00231<br>JURY DEMANDED |

### ORDER GRANTING JOINT AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY TO BE CONSIDERED the Joint Agreed Stipulation of Dismissal with Prejudice filed by Plaintiff Saul Leon d/b/a Panaderia Nuevo Leon, LLC and Defendant, Mid-Century Insurance Company and Jorge Salinas. After reviewing the stipulation, this Court believes the Joint Agreed Stipulation of Dismissal with Prejudice should be GRANTED.

IT IS THEREFORE ORDERED that the Joint Stipulation of Dismissal with Prejudice is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff's claims and causes of action against Defendants, Mid-Century Insurance Company and Jorge Salinas are hereby DISMISSED WITH PREJUDICE.

SIGNED at McAllen, Texas this 14th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE